134 A.3d 1045

Thomas DARTOE, Petitioner

v.

Superintendent, Michael OVERMEYER AT, SCI–Forest, and the District Attorney of the County of Philadelphia, and the Attorney General of the State of Pennsylvania, Respondents.

No. 10 EM 2016.

Supreme Court of Pennsylvania.

April 15, 2016.

## ORDER

PER CURIAM.

AND NOW, this 15th day of April, 2016, the Application for Leave to File Original Process and the Petition for Writ of

Habeas Corpus are **DISMISSED.** *See Commonwealth v. Ali*, 608 Pa. 71, 10 A.3d 282 (2010) (explaining that hybrid representation is not permitted).

The Prothonotary is **DIRECTED** to forward the filings to counsel of record.